BLESSO PLUMBING AND HEATING COMPANY, INC. *v.*
RENREW, INC.

The motion by the plaintiff to dismiss the appeal
from the Court of Common Pleas in Hartford
County is dismissed.

No appearance by counsel for either party.

Decided November 2, 1971

BANKERS TRUST COMPANY, EXECUTOR, ET AL. *v.* ZONING
BOARD OF APPEALS OF THE TOWN OF WESTON

The petition by the defendant for certification for
appeal from the Court of Common Pleas in Fair-
field County at Stamford is granted.

*Bernard Glazer,* in support of the petition.

Submitted November 4—decided November 23, 1971

DANA ROBIN CORPORATION *v.* COMMON COUNCIL, CITY
OF DANBURY

The petition by the plaintiff for certification for
appeal from the Court of Common Pleas in Fair-
field County is granted.

*W. Bradley Morehouse,* in support of the peti-
tion.

*Robert N. Talarico,* in opposition.

Submitted November 8—decided November 23, 1971